

FILED

MAY 1 7 2021

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT/ARREST WARRANT

I, Brad Smith, Special Agent, Drug Enforcement Administration (DEA), Hampton, Virginia, being duly sworn, state the following:

1.      I am a Special Agent with the United States Drug Enforcement Administration (DEA), where I have worked since March 2004. Before joining the DEA, I was a police officer for seven years in Hampton, Virginia, spending three of those years assigned to a narcotics investigation unit and two years as a Task Force Agent assigned to the Bureau of Alcohol, Tobacco and Firearms (ATF). With DEA I was assigned to the DEA Miami Field Division until October 2016 when I transferred to the Washington Field Division and am currently assigned to the Hampton Post of Duty. I have received specialized training regarding the detection and investigation of drug trafficking organizations while with the police department and the DEA. I have also acquired knowledge regarding these subject areas through practical experience by participating in narcotics investigations during my work with the police department and DEA.

2.      I have probable cause to believe that Jose Gabino ARROYO-Portillo, Mauricio HERRERA-Hernandez, Jose Adrian CABRERA-Arrez, Jhon Freddy GIL-Serna and Erik Daniel JAIME-Leon have committed the following offense in violation of federal law: Manufacture, Distribution, or Possession of a Controlled Substance on a Vessel (46 U.S.C. § 70503). Your affiant is aware these crimes may be prosecuted in any district of the United States. (46 U.S.C. § 70504).

## PROBABLE CAUSE IN SUPPORT OF ARREST WARRANT

1.      Since November 2018, the DEA Hampton Post of Duty, in partnership with Homeland Security Investigations Norfolk and DEA Bogota, have been investigating maritime

smuggling operations based on the Pacific coast of Colombia as well as throughout the Caribbean. Your affiant is aware that drug trafficking organizations will utilize vessels such as Go-Fast Vessels, hereafter referred to as GFV, to transport multi-hundred kilogram shipments of narcotics from source countries to awaiting transfer vessels or other destinations with final distribution being the United States of America.

2.      On April 27, 2021, while on routine patrol, a marine patrol aircraft detected a target of interest approximately 315 nautical miles south of Morro de Papanoa, Mexico. United States Coast Guard Cutter (USCGC) Active diverted to intercept and launched a helicopter as well as various small boats.

3.      The target of interest was described as an open hulled GFV, with a white hull and two outboard engines. The marine patrol aircraft observed the GFV rendezvous with a fishing vessel and receive packages consistent with suspected contraband. After receiving the packages, the GFV began to travel north at a high rate of speed. As the helicopter from USCGC Active arrived on scene and was observed by the crew of the GFV, the crew began to jettison the packages of suspected contraband overboard. The helicopter advised there were five people on board the GFV and the marine patrol aircraft obtained video of the GFV crew jettisoning approximately 80 packages of suspected contraband. After a short pursuit, the GFV became compliant and a USCG boarding team established positive control of the GFV in international waters. There was no indicia of nationality observed on the GFV but the crew, consisting of Jose Gabino ARROYO-Portillo, Mauricio HERRERA-Hernandez, Jose Adrian CABRERA-Arrez, Jhon Freddy GIL-Serna and Erik Daniel JAIME-Leon, claimed Mexican nationality of the GFV and stated the name of the GFV was "Libertad". This name was not painted on the GFV or documented anywhere onboard the GFV. The government of Mexico could neither confirm nor

deny nationality of the GFV.  The USCG boarding team recovered a total of fifty-eight (58) of the jettisoned bales that contained approximately 1,161 kilograms of a substance that tested positive for cocaine.  Jose Gabino ARROYO-Portillo, Mauricio HERRERA-Hernandez, Jose Adrian CABRERA-Arrez, Jhon Freddy GIL-Serna and Erik Daniel JAIME-Leon were detained and are being transported to the Eastern District of Virginia for prosecution.

WHEREFORE, based upon the above information, your Affiant believes probable cause exists to charge Jose Gabino ARROYO-Portillo, Mauricio HERRERA-Hernandez, Jose Adrian CABRERA-Arrez, Jhon Freddy GIL-Serna and Erik Daniel JAIME-Leon with Manufacture, Distribution, or Possession of a Controlled Substance on a Vessel (46 U.S.C. § 70503).

FURTHER YOUR AFFIANT SAYETH NOT.

Brad Smith, Special Agent
Drug Enforcement Administration

Reviewed by:

Sworn and subscribed to
before me telephonically
On this 17th day of May 2021

Lawrence R. Leonard
United States Magistrate Judge
Norfolk, Virginia